UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES ALBERT McKINES, | ) | No. CV 08-8402-GHK(CT) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| J. L. NORWOOD, Warden, | ) | |
| Respondent. | ) | |

IT IS HEREBY ADJUDGED that the petition is DENIED AND DISMISSED.

DATED: 1/5/09

GEORGE H. KING
UNITED STATES DISTRICT JUDGE